J. VINCENT PERRYMAN, 24658jp
Law Offices of J. Vincent Perryman
4719 Spottswood Avenue
Memphis, TN 38117
Telephone (901) 347-0647
Fax: 901.255.0745
E-mail: vperryman@midsouthattorneys.com

Of Counsel to:
Credit Repair Lawyers of America
22142 West Nine Mile Road
Southfield, MI 48033
Telephone:  (248) 353-2882
Facsimile:  (248) 353-4840

*Attorneys for Plaintiff,*
*Marquita Dunn,*

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| Marquita Dunn, | Case No.:  2:17-cv-02332-JTF-dkv |
| Plaintiff, | |
| vs. | **NOTICE OF SETTLEMENT AS TO DEFENDANT ADLER WALLACH & ASSOCIATES, INC., ONLY** |
| Experian Information Solutions, Inc., et al. | |
| Defendants. | |

NOTICE IS HEREBY GIVEN that Plaintiff and Defendant, Adler Wallach & Associates, Inc., in the above-captioned case have reached a settlement.  The parties anticipate filing a Stipulation of Dismissal with Prejudice as to Defendant Adler Wallach & Associates, Inc., ONLY, pursuant to Fed. R. Civ. P. 41(a) within 60 days.

1

1  RESPECTFULLY SUBMITTED this 18th day of January, 2018.

By: */s/ J. Vincent Perryman*
J. VINCENT PERRYMAN, 24658jp
Attorneys for Plaintiff, Marquita Dunn
Law Offices of J. Vincent Perryman
4719 Spottswood Avenue,
Memphis, TN 38117
Telephone (901) 347-0647
Fax: 901.255.0745
E-mail: vperryman@midsouthattorneys.com